# United States District Court
## Southern District of Georgia

Stanley Lee Hayward

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-111-WTM-GRS
4:08-cr-203-WTM-GRS

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to this court's order dated 10/28/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 motion.



10/28/16
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*